**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Susanne Marie Baxter | : | Case No. 16-50205 (AST) |
| | : | |
| Debtor | : | Re: Doc ID No. 20 |

**ORDER EXTENDING CLAIMS BAR DATE AND**
**ALLOWING CLAIM OF HARLOW, ADAMS & FRIEDMAN, P.C.**

Upon consideration of the motion of Harlow, Adams & Friedman, P.C., after adequate notice and an opportunity for a hearing, and upon the record of these proceedings, it having been found that the failure of said Harlow, Adams & Friedman, P.C. to file its claim within the time previously set by the Court was the result of excusable neglect as such term is used in Rule 9006(b), Fed. Rules Bankr. Proc., it is by the Court,

ORDERED, that as to the Claim filed by Harlow, Adams & Friedman, P.C. on July 27, 2016, and any amendment thereto, the deadline for the filing of proofs of claim herein is hereby extended to the date of filing of such proof of claim or amended proof of claim, and it is

FURTHER ORDERED, that said Claim   hereby allowed in the sum of $2,359.70.

Dated at Bridgeport, CT on this 7th day of September, 2016.

By the Court

ALAN S. TRUST
UNITED STATES BANKRUPTCY JUDGE